

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

**FILED**
FEB 11 2021
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Plaintiff(s): ③ Dustin Chase Littlefield

vs.

① Charity Michelle Snyder Littlefield

Case Number: **21 CV-055 JFH-JFJ**

Defendant(s): ① Gilead Sciences, Inc Present since (March 2019) CEO ② Daniel O'Day Gilead Sciences, Inc 2016 ③ CEO John F. Milligan, prior to 2016 CEO ④ John C. Martin Gilead Sciences, Inc ⑤ MD Geronimo Sahagun of Alaska ⑥ Blackrock Fund Advisors, Stockholders to Gilead Sciences Inc ⑦ Blackrock Stockholders ⑧ SSgA Funds Management Co.

**COMPLAINT**

① Gilead Sciences Inc ② CEO Daniel O'Day ③ CEO John F. Milligan ④ John C. Martin ⑤ M.D. Geronimo Sahagun ⑥ Blackrock Fond advisors ⑦ Blackrock Stockholders ⑧ SSgA Funds Management Company

A. Parties ⑨ Vanguard Group ⑩ Banner Health

1) Husband Dustin Chase Littlefield and Charity Michelle Snyder Littlefield, is a citizen of OKLAHOMA CMSL FORMER OF ALASKA
   (Plaintiff)                                                                                                                              (State)

   who presently resides at 4093 E 480 Pryor, OK 74361
                                                                                          (mailing address if different from residence)

2) Defendant Gilead Sciences, Inc AND CEO's AND Stockholders is a citizen of Foster City, California
   (Name of first defendant)                                                                              (City, State)

   and is employed as CEO of Gilead Sciences, Inc / AND Investors
                                              (Position and title, if any)

3) Defendant MD Geronimo Sahagun is a citizen of Anchorage, Alaska
   (Name of second defendant)                                                    (City, State)

   and is employed as Internal Medicine Dept. with Alaska Internal Medicine Associates of Anchorage, Alaska
                                              (Position and title, if any)

[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]

B. Jurisdiction

1) Jurisdiction is asserted pursuant to:
   Federal Food, Drug, and Cosmetic Act 21 U.S.C. §§ 301 et seq Sec. 331-337
   Specific Refusal to permit access to or copying of any record as required by Sec. 350a, 350c, 350F(i), 350R, 354, 360 bbb-3, 373, 374(a), 379(aa) 379(aa)-1 Failure to maintain or establish any Record or make any report required under sec. 2223 350(a), 350cc(b), 350F, 350e, 354 355(i) or (k) 355(b)(l)(E) And Many More 360(l)(L) or (T), 360 ccc, (Ci) 360e(F) 360i, 360 bbb-3, 379ag 387, 387+ (4K) adulterated - misbranded - interstate commerce violate Sec. 330, 350, 355, 360 bbb-3

C. Nature of Case

1) Briefly state the background of your case:
   Constitutional Right of life and pursuit of happiness violations.
   Pushed expensive trial drug on Charity without any regard to her medical Record or history resulting in Severe Coma for 22 days resulting in lifelong damages while covering up trial deaths of 240 in Georgia, the country. And the trial Experiment done here through deceptive means. Causing

D. Cause of Action major illnesses and extreme covering up and gang Stalking - monitoring - document withholding
I allege the following: of Records Etc. Much more.

1. _____

_____

Complaint                                         1                                        CV-05 (12/05)

DEFENDENTS

1. GILEAD SCIENCES INC   LAKE Side Drive Foster City CA, 94404
2. CEO Daniel O'day
3. CEO John F. Milligan
4. CEO John C. Martin
5. Doctor Geronimo Sagahon
6. BlackRock Fund advisors,
7. Blackrock Stockholders
8. SSgA Funds Management Company
9. Vanguard Group
10. Banner Health

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

2. Dr Sahagung Geronimo prescribed over phone. No black label on bottles we still have. Calling to get help out, they refused services. Hemolytic Anemia, Pulminary Embolism overdose. No Antidote at all! Double dose in for 24 weeks FDA approved 12 weeks only. U.P.S. delivered directly to me cutting out pharmacy record. Pills 1,200 for just 1. Each bottle over 30pct. Trade Secret information withholding. Using this poison on our children now. Using only high Bellirubin to use for prescribing which is horrible. Born with hereditary disorder

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) Bellirubin High always has been

3. Records, testimony, Bottles, Flier, Miles where they flew me back and forth to Seattle abusing Medicaid in Fraud while I had to learn to walk and do anything after Coma they made disappear, And so on.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

*[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.]*

E. Request for Relief

I believe that I am entitled to the following relief:

At least 5x1.2 million which matches what they spent using state funds 5 times that and public disclosure on baroomi trials with Georgian deaths and my death coma. My glasscan Scale results. Reverse of anyone warding me to the State of Alaska, Reverse of Identity theft resulting in the theft of data on me, and any inheritance. All stock and stockholders in the establishment of g.? Le "Charity Care" Established in 2017 at the hospital the Coma occurred in, MatSu Regional Hospital, Palmer Alaska.

SHOULD BE ORDERED TO CORRECT AND RETURN ALL PAYMENTS MADE TO THEM BY COERCED FRAUDULENT ACTIVITY AND HANDLING OF MY CASELOAD IN ALL ENTIRETY TO INCLUDE DAMAGES DONE TO MY REPUTATION OR ACCRUED COSTS, INFRACTIONS TO CREDITOR HISTORY, LOSSES OF PROPERTY, EMPLOYMENT/CAREER AND FUTURE QUALITY OF LIFE, SHE ETC. I RESERVE ALL RIGHTS TO ADD TO THIS DECLARATION OF FACTS AT ANY SUCH TIME I FEEL/DEEM NECESSARY.

Original Signature of Plaintiff

Current Address: 4093 E 480
City: PRYOR   State: OK   ZIP: 74361
Telephone: (539)-210-5375

Complaint                                                                 CV-05 (12/05)

American Citizens of The United States For America
Charity Michelle Snyder Littlefield & husband
Dustin Chase Littlefield / Claimants/ Plaintiffs
    Gilead Sciences Incorporated ~~address~~ Lakeside Dr Foster City Ca 94404

I, Dustin Chase Littlefield, and with my wife Charity Michelle Snyder Littlefield and her consent, permission, and testimony. As her guardian also. Me being of Sound mind, knowledge, and Rights endowed by my Creator Hereby file this written claim against Gilead Pharmaceutical Corporation and it's major investors, along with CEO John F Milligan and John C. Martin of the year 2016 with Daniel O'day Current CEO, Blackrock Fund advisors, SSg A Funds Management Company. Of not only the cover-up of two hundred and forty nine deaths in the Country of Georgia and in the trial stages of Experimental Medicine Harvoni. But the Self Enrichment and permanent physical damages resulting from an Allergic or adverse reaction to this terrible "drug" From deliberate or greedy deeds to poison my wife and friend Charity Michelle Snyder. Who with permanent brain and liver, spleen damage permits me to claim this for her and by her. These companies, Corporations violated too many rights of Charities to Enumerate. Including And or but not limited to the right to life, and pursuit of happiness.

with breaking the Provisions of 21 U.S.C. §§ 301 et seq, FDCA 331-337 with violating even the criteria medically for an Harvoni trial candidate by but not limited to having her continue the medicine after an extensive Coma that she survived but had to learn to walk and gain cognitive function to physically function, Countless Emergency visits seemingly to her, and that this rejection of her medical history, or why she even had a high Bellaruben count, which is from hereditary issues, which is what Docter Geronimo Sehugua so ruthlessly diagnosed her with for Financial gain, abusing of discretion analysis, partnered with Banner health and Gilead Pharmaceutical Company all did cover up this tragedy. Abusing this Lady, daughter of the blessed U.S..

1, that she was very successful before this medicine and neglect with her cognitive and physical abilities.

2. that she lost her son in 2011 with never getting answers to why, instead used as an experiment by neglect and ignorance to anything that could inform these entities that do this type of thing in the medical, and vaccine, and viral diagnosing industries, that she did not even qualify for this trial, And damn sure shouldn't ever been given a double dose to 24 weeks!

3. That after she miraculously, by The Grace of God, and without any hope from anyone to survive, not only lived through to struggle her entire life since, but that she was just pushed through on disability by your lies, making her out to be an intravenous drug user which is a pure lie to hurt her credibility.

4. That I and that her testimony, will and do reserve the right to add all the crimes and or misdemeanors, Civil violations of legal, lawful violations or any facts, All Rights, true and correct is this testimony, and will remain so. No matter how hard they have tried to cover her and this tragedy up without any regard for the daily struggle this beautiful Lady endures from the violations against her and her rights.

5. That we want all documents, information, that is kept on Harioni trials or any generic name it's changed to. To declare no child or person, or citizen should be lied to, that it's against the law.

6. That open randomized or controlled trials of any medicine, product, or vaccine should always be made public. And strict penalties, with high consequence judgments in that and currencies,

given to victims like my wife, who without any doubt besides the dishonorable and greedy world ever claim anything otherwise, because life is precious, not property to trick, or decieve, to gain Financially, or in power, self enrichment, along with all the reasoning and or ways others use another without regard for their well being. Or the consequences of it.

7. We ask and demand that Charity be awarded a substantial Sum of Monies for what she has endured. She Still not able to trust any doctor or medicine because of this. Trust that her entire history in this matter is very troubling, and emotionally damaging in a very high level. No less than 6 figures. 100,000.0 more

8. That we Pray this lawful nation Stands for Lady Justice when truth calls, and that this is truth.

9. That we have more in our declarations and declorations of facts to bring to this Statement attadewith. Had Evidence will show it when brought to light.

thenkyou,

#10) That I Charity Snyder Littlefield should have never been diagnosed or rather misdiagnosed by means of a emergency room visit. Nor thru phone correspondence by a nurse working for a doctor to which I never saw by appointment.

#11) That I Charity Snyder Littlefield From this misdiagnosis was poisoned after numerous insurance funded overload of apts and emergency room visits in Alaska and Seattle WA Hospitals. To be poisoned and permanently damaged by this clinical trial of Harvoni which never had a black lable or antidote in the event of overdose, which should never take place. Also of which this overdose and or allergic reaction / anaphalactic shock placed me in the coma that led or caused numerous negative physiological effects includiding severe hemolytic anemia and metabolic encepholothy Coma induced on November 10, 2016 following pulmonary embolism.

Signed before me on 11 Feb 2021 → Charity M. Snyder-Littlefield
Joyce Pacenza, notary    *Charity M. Snyder Littlefield*

*Dustin Chase Littlefield*
*Chase L.*

JOYCE M. PACENZA
NOTARY PUBLIC
TULSA COUNTY
STATE OF OKLAHOMA
COMMISSION NO. 07010905
EXPIRES NOVEMBER 09, 2023

4093 E 480
Pryor OK, 74361
Cell # 539-210-5375
Phone message 918-434-2479